```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
        :
UNITED STATES OF AMERICA    :
        :
    -v-        :    22-MJ-4490-UA-2
        :
EMMANUEL ROSADO FIGUEROA,    :    <u>ORDER SCHEDULING</u>
        :    <u>PRELIMINARY</u>
    Defendant.    :    <u>HEARING</u>
        :
------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

It is hereby ORDERED that a Preliminary Hearing in this action is scheduled for <u>Friday, June 10, 2022 at 1:00 p.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Pre-conference submissions to the court must be received by <u>June 6, 2022.</u>

    **SO ORDERED.**

Dated: May 23, 2022
       New York, New York

*/s/ Katharine H. Parker*

**KATHARINE H. PARKER**
**United States Magistrate Judge**