ORIGINAL

## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **22 Mag. 4490**    Date **6/6/2022**

USAO No. **2019R00582**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint        Removal Proceedings in

United States v. **Emmanuel ROSADO FIGUEROA**

The Complaint/Rule 40 Affidavit was filed on **5/20/22**

*U.S. Marshals please withdraw warrant*

MATTHEW SHAHABIAN
Digitally signed by MATTHEW SHAHABIAN
Date: 2022.06.06 14:43:46 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: **6/6/2022**

/s Sarah L. Cave

UNITED STATES MAGISTRATE JUDGE