USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                       22-MJ-4490-UA-2

EMMANUEL ROSADO FIGUEROA,                **ORDER ADJOURNING PRELIMINARY HEARING**

Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Order Dismissing Magistrate Judge Complaint filed on June 7, 2022 (doc. no 12) the Preliminary Hearing currently scheduled for **June 10, 2022** is hereby adjourned *sine die*.

**SO ORDERED**.

Dated: June 8, 2022
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge